# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LARRY SIMS, JR.

NO. 2020 KW 0537

**AUGUST 03, 2020**

---

In Re:    Larry Sims, Jr., applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 10-WFLN-236.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** If relator is making a complaint with regard to the computation of his sentence, La. R.S. 15:1171(B) grants authority to the Department of Public Safety and Corrections to adopt administrative remedy procedures to receive, hear, and dispose of complaints of time computations of sentences. Any complaint pertaining to the time computation must be made under the Corrections Administrative Remedy Procedure (CARP) as provided in La. R.S. 15:1171-15:1179. See **Madison v. Ward,** 2000-2842 (La. App. 1st Cir. 7/3/02), 825 So.2d 1245 (en banc).

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT